IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCINE LEAH GINDER | : |
| v. | : NO. 23-CV-4230-SWR |
| MARTIN O'MALLEY, Commissioner of Social Security | : |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 18th day of April, 2024, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE